9372. REYNOLDS HOME MIXTURE GUANO COMPANY *v.* AVERA LOAN AND INVESTMENT COMPANY *et al.*

BROYLES, P. J. Under the facts of the case, and the agreement of counsel that the case be withdrawn from the consideration of the jury and the questions involved be decided by the court, the court did not err in rendering the judgment excepted to.

*Judgment affirmed. Bloodworth and Harwell, JJ., concur.*

DECIDED JANUARY 31, 1918.

Money rule; from city court of Oglethorpe—Judge Greer. October 12, 1917.

*W. F. Weaver,* for plaintiff in error. *G. C. Robinson,* contra.

---

8372. MAYOR AND COUNCIL OF UNADILLA *v.* FELDER.

LUKE, J. 1. The Supreme Court in this case (145 *Ga.* 440, 89 S. E. 423), settled the question as to whether the petition set forth a legal cause of action.

2. From the evidence the jury were authorized to find that the plaintiff had proved his case as laid; and while the excerpt from the charge of the court complained of may be subject to the criticism that it was too general, yet when the entire charge is considered there is no such error assigned as to require a reversal. The court did not err in overruling the motion for a new trial.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*

DECIDED FEBRUARY 7, 1918.

Action for damages; from Dooly superior court—Judge George. December 19, 1916.

*Jule Felton, J. G. Jones,* for plaintiff in error.
*Powell & Lumsden, J. T. Hill,* contra.